THOMAS MOORE, as Trustee in Bankruptcy, etc., Respondent, v. BROOKLYN TRUST COMPANY, as Trustee, etc., Defendant. FRANCIS E. WALBRIDGE, and Others, Appellants.— Motion denied. Present — Jenks, P. J., Thomas, Mills, Kelly and Jaycox, JJ.

THE NAGLE PACKING COMPANY, Appellant, v. PHILIP M. ROSENBLUM and Others, Respondents.— Motion denied on condition that appellant perfect the appeal, place the case on the September calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Thomas, Mills, Kelly and Jaycox, JJ.

FRANK NORDONE, Appellant, v. TOWN OF HUNTINGTON and Others, Respondents.— Motion denied. Present — Jenks, P. J., Thomas, Blackmar, Kelly and Jaycox, JJ.

PLATT & WASHBURN REFINING COMPANY, Respondent, v. PATERSON BREWING AND MALTING COMPANY, Appellant.— Motions denied, without costs. Present — Jenks, P. J., Thomas, Mills, Kelly and Jaycox, JJ.

HELEN L. POLLITZER, Respondent, v. WILLIAM S. POLLITZER, Appellant.— Motion denied, without costs. Present — Jenks, P. J., Thomas, Mills, Kelly and Jaycox, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRED SYROP, Appellant.— Motion granted, without prejudice to the claim of present attorneys, if any, for services on the appeal. Present — Jenks, P. J., Thomas, Blackmar, Kelly and Jaycox, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE AMERICAN MANUFACTURING COMPANY, Respondent, v. JOHN J. BRADY and Others, as Commissioners, etc., Appellants. (Taxes of 1906.) — Motion denied, without costs. Present — Jenks, P. J., Thomas, Blackmar and Jaycox, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE AMERICAN MANUFACTURING COMPANY, Respondent, v. LAWSON PURDY and Others, as Commissioners, etc., Appellants. (Taxes of 1907 and 1909.) — Motion denied, without costs. Present — Jenks, P. J., Thomas, Blackmar and Jaycox, JJ.